**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROBERT E. COLE                                    Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.          :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

        Plaintiff                    :

        V.                           :      NO. 05-6074

SKILSTAF, INC.                       :
P.O. BOX 729
ALEXANDER CITY, AL  35011

        Defendant                    :
_____

**<u>DEMAND FOR TRIAL BY JURY OF TWELVE MEMBERS</u>**

    Plaintiff, Owen J. Rogal, D.D.S., P.C., d/b/a The Pain
Center, by and through its undersigned counsel, hereby demands a
trial by jury of twelve members plus two alternates in the
above-captioned matter.


_____                    _____
Date                                 Robert E. Cole, Esquire
                                     Attorney for Plaintiff
                                     Atty. I.D. No. 73263
                                     437 Chestnut Street, Suite 218
                                     Philadelphia, PA  19106
                                     (215) 922-2050

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT E. COLE                                    Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050

_____

OWEN J. ROGAL, D.D.S., P.C.          :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

      Plaintiff                      :

      V.                             :    NO. 05-6074

SKILSTAF, INC.                       :
P.O. BOX 729
ALEXANDER CITY, AL  35011

      Defendant                      :

_____

## VERIFICATION OF SERVICE

    Robert E. Cole, Esquire, verifies that on the date below, he served upon Jeanne L. Bakker, Esquire, attorney for defendant above, plaintiff's Demand for Trial by Jury of Twelve Members by depositing same with the United States Postal Service, First Class Mail and directing it to the following address:

      Montgomery McCracken et al.
       123 South Broad Street
       Philadelphia, PA  19109


_____        _____
Date                         Robert E. Cole, Esquire
                             Attorney for Plaintiff
                             Atty. I.D. No. 73263
                             437 Chestnut Street, Suite 218
                             Philadelphia, PA  19106
                             (215) 922-2050