Montgomery, McCracken, Walker & Rhoads, LLP
By: Jeanne K. Bakker (No. 79122)
    Beth A. Friel (No. 86548)
123 South Broad Street
Philadelphia, PA  19109-1099
Attorneys for Defendant
SkilStaf, Inc.

*CV-05-6074*

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CIVIL DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C. d/b/a THE PAIN CENTER | : OCTOBER TERM 2005 |
| | : |
| | : NO. 001516 |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| SKILSTAF, INC. | : |
| | : |
| Defendant. | : |

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

To:    THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF
       PHILADELPHIA COUNTY, PENNSYLVANIA

Pursuant to 28 U.S.C. § 1446(d), notice is hereby given that the defendant SkilStaf, Inc. removed Civil Action No. 001516 to the United States District Court for the Eastern District of Pennsylvania on November 18, 2005. Defendant SkilStaf, Inc. files herewith a true and correct copy of the Notice of Removal under 28 U.S.C. § 1441 removing Civil Action No. 001516 to the United States District Court for the Eastern District of Pennsylvania. I certify that the documents attached hereto were filed with the Clerk of the United States District Court for the Eastern

-2-

District of Pennsylvania and served along with this Notice on opposing counsel.

Date: November 21, 2005

*[signature: Beth A. Friel]*
Jeanne L. Bakker, Esquire
Beth A. Friel, Esquire
Montgomery, McCracken
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, Pa  19109
(215) 772-1500

Attorneys for Defendant,
SkilStaf, Inc.

-3-

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served on the person listed below by United States first class mail, postage prepaid on this 21st day of November, 2005:

>Robert E. Cole, P.C.
>Lafayette Building
>437 Chestnut Street
>Suite 218
>Philadelphia, PA  19106

_____
Beth A. Friel

```
REPORT : ZDRDOCT              First Judicial District              PAGE       1
USER ID: BTP                    CIVIL DOCKET REPORT                RUN DATE 11/21/05
                                 CASE ID 051001516                 RUN TIME 04:10 PM
```

*CA. 05-6074*

| CASE NUMBER | CASE CAPTION |
|---|---|
| 051001516 | ROGAL DDS PC VS SKILSTAF INC |

| FILING DATE | COURT | LOCATION | JURY |
|---|---|---|---|
| 07-OCT-2005 | NE | CH | N |

CASE TYPE: CONTRACTS (GOODS), ENFORCE
STATUS: NOT OF REMOVAL TO US DIST CT

| Seq # | Assoc | Expn Date | Type | ID | Party Name / Address & Phone No. |
|---|---|---|---|---|---|
| 1 | | | APLF | A73263 | COLE, ROBERT E<br>LAFAYETTE BUILDING<br>437 CHESTNUT ST<br>SUITE 218<br>PHILADELPHIA PA 19106<br>(215)922-2050<br>(215)922-2006 - FAX |
| 2 | 1 | | PLF | @5304315 | OWEN J ROGAL DDS PC<br>501-07 S 12TH ST<br>PHILADELPHIA PA 19147 |
| 3 | | | DFT | @5304317 | SKILSTAF INC<br>P O BOX 729<br>ALEXANDER CITY AL 35011 |
| 4 | | | TL | J289 | SHEPPARD, JR., ALBERT W<br>529 CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-7934<br>(215)686-3717 - FAX |

FILED
JAN 12 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

| Filing Date / Time | Docket Entry | Date Entered |
|---|---|---|
| 07-OCT-05 14:28:00 | COMMENCEMENT OF CIVIL ACTION | 17-OCT-05<br>COLE, ROBERT E |
| 07-OCT-05 14:28:00 | SHERIFF'S SURCHARGE 1 DEFT | 17-OCT-05<br>COLE, ROBERT E |
| 07-OCT-05 14:28:00 | COMPLAINT FILED NOTICE GIVEN<br>COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS<br>AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | 17-OCT-05<br>COLE, ROBERT E |
| 07-OCT-05 14:28:00 | WAITING TO LIST CASE MGMT CONF | 17-OCT-05<br>COLE, ROBERT E |

```
REPORT : ZDRDOCT              First Judicial District              PAGE      2
USER ID: BTP                   CIVIL DOCKET REPORT               RUN DATE 11/21/05
                              CASE ID 051001516                  RUN TIME 04:10 PM


Filing Date / Time      Docket Entry                                Date Entered

07-OCT-05 16:49:51      ACTIVE CASE                                   12-OCT-05

26-OCT-05 14:07:15      AFFIDAVIT OF SERVICE FILED                    27-OCT-05
                        OF COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT
                        REQUESTED UPON SKILSTAF INC.  ON 10/20/2005.

21-NOV-05 12:35:00      NOT OF REMOVAL TO US DIST CT                  21-NOV-05
                                                                      SKILSTAF INC,
                        NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT
                        UNDER CV-05-6074 FILED.  BTP



                        * * * End of Docket * * *
```

CERTIFIED FROM THE RECORD ON    JAN 1 1 2006
JOSEPH H. EVERS
PROTHONOTARY OF PHILADELPHIA COUNTY
BY: *Joseph C. Mangini*