IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGAL | : | CIVIL ACTION |
| v. | : | |
| SKILSTAF, INC. | : | NO. 05-6073 |
| ROGAL | : | CIVIL ACTION |
| v. | : | |
| SKILSTAF, INC. | : | NO. 05-6074 |

O R D E R

AND NOW, this 12th day of April, 2006, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Herbert J. Hutton to the calendar of the Honorable J. Curtis Joyner.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:


 *s/ Michael E. Kunz*
MICHAEL E. KUNZ
Clerk of Court