## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-00711-VPM |
| | ) |
| SKILSTAF, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Charles A. Stewart III, Amelia T. Driscoll, and the law firm of Bradley Arant Rose & White LLP, hereby give notice of appearance as counsel for Skilstaf, Inc., the Defendant in this cause, and ask that the Court and Plaintiff serve them with copies of all pleadings, orders, discovery, and other documents at the below address:

>Charles A. Stewart III
>**Bradley Arant Rose & White LLP**
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>
>Amelia Driscoll (DRI016)
>**Bradley Arant Rose & White LLP**
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203

Dated this the 21st day of August, 2006.

>Respectfully submitted,
>
>/s/ Amelia T. Driscoll

        Amelia T. Driscoll (DRI016) (asb-0276-a32t)
        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203
        Phone: (205)521-8000
        Fax: (205)521-8800
        Email: adriscoll@bradleyarant.com

        Charles A. Stewart, III (STE067) (asb-4955-a56c)
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        Email: cstewart@bradleyarant.com

        **Attorneys for Defendant**
        **Skilstaf, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Robert E. Cole
        437 Chestnut Street, Suite 218
        Philadelphia, PA  19109

        Beth A. Friel
        Jeanne L. Bakker
        Mongtomery, McCracken, Walker & Rhoads
        123 South Broad Street
        Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

                              /s/ Amelia T. Driscoll