IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OWEN J. ROGAL, D.D.S., P.C., <br> d/b/a THE PAIN CENTER, <br><br> Plaintiff, <br><br> v. <br><br> SKILSTAF, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CIVIL ACTION NO. 3:06cv711-VPM <br> [WO] |

**ORDER ON MOTION**

This case was transferred to this district from the Eastern District of Pennsylvania on 9 August 2006 (Doc. #13). On 29 November 2005, well before the transfer, the defendant filed a Motion to Dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Fed. R. Civ. Pro. and on other grounds (Doc. # 3). The motion is a dispositive motion, the favorable conclusion of which would end the litigation. Accordingly, it is

ORDERED that on or before 18 September 2006, the parties shall notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court. A copy of the form is enclosed for a party's use. The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| _____, | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
DATE                                          SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER