**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 18, 2006

# NOTICE OF REASSIGNMENT

Re:   Owen J. Rogal, D.D.S., P.C. v. Skilstaf, Inc.
      Civil Action No. #3:06-cv-00711-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #3:06-cv-00711-MHT. This new case number should be used on all future correspondence and pleadings in this action.