IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,       )
P.C. d/b/a THE PAIN CENTER,  )
                             )
    Plaintiff,                )
                             )        CIVIL ACTION NO.
    v.                       )        3:06cv711-MHT
                             )
SKILSTAF, INC.,              )
                             )
    Defendant.               )

OWEN J. ROGAL, D.D.S.,       )
P.C. d/b/a THE PAIN CENTER,  )
                             )
    Plaintiff,                )
                             )        CIVIL ACTION NO.
    v.                       )        3:06cv728-MHT
                             )
SKILSTAF, INC.,              )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by October 13, 2006, as to why both of the above-styled cases should not be consolidated.

DONE, this the 20th day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE