# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:06-cv-00711-MHT |
| SKILSTAF, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Skilstaf, Inc. ("Skilstaf") identifies SkilStaf International, Inc. as its parent company.

    Respectfully Submitted,

    s/Charles A. Stewart III
    Charles A. Stewart III (STE067)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    cstewart@bradleyarant.com

>s/Amelia T. Driscoll
>Amelia T. Driscoll (DRI016)
>Bradley Arant Rose & White LLP
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>Telephone: (205) 521-8000
>Facsimile: (205) 521-8800
>adriscoll@bradleyarant.com
>
>
>Attorneys for Defendant
>Skilstaf, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert E. Cole
>437 Chestnut Street, Suite 218
>Philadelphia, PA  19109
>
>Beth A. Friel
>Jeanne L. Bakker
>Mongtomery, McCracken, Walker & Rhoads
>123 South Broad Street
>Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

>/s/ Amelia T. Driscoll