IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,        )
P.C. d/b/a THE PAIN CENTER,   )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    3:06cv711-MHT
                              )
SKILSTAF, INC.,               )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that plaintiff show cause, if any there be, in writing by October 27, 2006, as to why defendant's motion to consolidate for discovery purposes only (doc. no. 28) should not be granted.

DONE, this the 18th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE