IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., )<br>P.C. d/b/a THE PAIN CENTER, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>SKILSTAF, INC., )<br>)<br>　　Defendant. ) | <br><br><br><br><br>CIVIL ACTION NO.<br>3:06cv711-MHT |

ORDER

It is ORDERED that the motion to consolidate (doc. no. 28) is granted to the extent that the parties may conduct discovery in this case and in case no. 3:06cv728-MHT jointly. The cases are _not_ otherwise consolidated.

DONE, this the 1st day of November, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE