# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:06-cv-00711-MHT** |
| **SKILSTAF, INC.,** ) | |
| ) | |
| Defendant. | |

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:06-cv-00728-MHT** |
| **SKILSTAF, INC.,** ) | |
| ) | |
| Defendant. | |

## PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), and upon consideration of Defendant's January 11, 2007 Unopposed Motion for Protective Order and for Leave to File Administrative Record under Seal, it is ORDERED that the motion is granted. The Court grants leave to the parties to file excerpts from the ERISA administrative record under seal

without redacting sensitive information and without filing a redacted version of the same materials. Such documents filed under seal shall remain sealed unless the Court subsequently orders them to be unsealed. This order does not rule on what should or should not be considered by the Court in deciding the underlying ERISA claims.

DONE this 11th day of January, 2007.

/s/ Myron H. Thompson
Myron H. Thompson
United States District Judge