IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,      )
P.C. d/b/a THE PAIN CENTER, )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )        3:06cv711-MHT
                            )
SKILSTAF, INC.,             )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 36) is set for submission, without oral argument, on April 26, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of April, 2007.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE