### IN THE UNITED STATED DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT E. COLE                                              Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.         :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

        Plaintiff            :

        V.                   :   NO. 3:06cv711-MHT

SKILSTAF, INC.                      :
P.O. BOX 729
ALEXANDER CITY, AL  35011

        Defendant            :
_____

**PLAINTIFF OWEN J. ROGAL, D.D.S., P.C.'S INDEX TO EXHIBITS IN OPPOSITION TO DEFENDANT SKILSTAF, INC.'S MOTION FOR SUMMARY JUDGMENT**

EXHIBIT A          PEER REVIEW LITERATURE ON
                    RADIOFREQUENCY SURGICAL TECHNIQUE

EXHIBIT B          CSC CLAIM COMPANY DENIAL OF WORKERS'
                    COMPENSATION BENEFIT FORMS

EXHIBIT C          TEX.LAB.CODE § 408.023

EXHIBIT D          1/17/05 REVIEW DENIAL OF BENEFITS
                    LETTER (W/O ENCLOSURES)

EXHIBIT E          5/20/05 REVIEW DENIAL OF BENEFITS
                    LETTER (W/O ENCLOSURES)

AFFIDAVIT OF KIM ROGAL-DEOLIVEIRA

```
REC6159_____
Robert E. Cole, Esquire
Attorney for Plaintiff
Atty. I.D. No. 73263
437 Chestnut Street, Suite 218
Philadelphia, PA  19106
(215) 922-2050
recoleesq6@juno.com
```