**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **3:06-cv-00711-MHT** |
| | ) | |
| **SKILSTAF, INC.,** | ) | **UNOPPOSED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION**
**OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Skilstaf, Inc. ("Skilstaf") respectfully moves the Court to grant an extension from April 26, 2007, to April 30, 2007, to file a reply to Plaintiff's Reply in Opposition to Defendant's Motion for Summary Judgment ("Plaintiff's Opposition"). As grounds for this motion, Skilstaf states as follows:

1.      On April 9, 2007, the Court entered an order, indicating that Defendant's Motion for Summary Judgment had been set for submission without oral argument on April 26, 2007, and that any opposing brief and evidentiary materials were due by that date.

2.      Plaintiff filed its Opposition on April 25, 2006.

3.    Skilstaf is gathering information and would like to reply to the some of the legal and factual arguments asserted in Plaintiff's Opposition. Skilstaf's counsel believes that it can gather the necessary information and draft its reply by Monday, April 30, 2007.

4.    Pursuant to the Uniform Initial Order, Skilstaf's counsel contacted Plaintiff's counsel on April 25, 2007, and Plaintiff's counsel indicated that he has no objection to the requested extension.

WHEREFORE, Skilstaf respectfully moves the Court to grant an extension from April 26, 2007, to April 30, 2007, for Skilstaf to respond to Plaintiff's Opposition.

Respectfully Submitted,

s/Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
cstewart@bradleyarant.com

s/Amelia T. Driscoll
_____
Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
adriscoll@bradleyarant.com

Attorneys for Defendant
Skilstaf, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert E. Cole
437 Chestnut Street, Suite 218
Philadelphia, PA  19109

Beth A. Friel
Jeanne L. Bakker
Montgomery, McCracken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

/s/ Amelia T. Driscoll
_____