```
               ** CSC CLAIM COMPANY **                        Page    1

Provider:170384534                    Bill ID:200409171330540AWF 00
        RANDY WEISS, DO                  Claim:WC20032363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DOL5743TX                        MBIN:900009598
   Payee:170384534                    Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                       NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET             110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                LAGRANGE, GA 30241

  Date Rcvd:08-23-2004           Date Revwd:09-17-2004
Adjustor-ID: LR                     Account:21290
Adjustor:LUPE RODRIGUEZ       Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|--|------|--------|-----------|-----------|---------|
| 08-06-04 | 61790 | LESION CREATION | | 4800.00 | 4800.00 | .00 | L |
| 08-06-04 | 76001 | FLUOROSCOPY | | 350.00 | 350.00 | .00 | L |
| 08-06-04 | 99199 | UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | L |
| 08-06-04 | 99070 | SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | L |
| | Totals | | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

 TX L  Not Treating Doctor Approved Payment

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.
```

Continued on next page

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042
```



** CSC CLAIM COMPANY **                          Page    2

Provider:170384534                    Bill ID:2604091711330540AWF 00
            RANDY WEISS, DO            Claim:WC20032363
            501-507 SOUTH 12TH STREET        SSN:464703972
            PHILADELPHIA, PA 19147    Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DOL5743TX                        MBIN:900009598
    Payee:170384534               Insured:NEWSPAPER PROCESSING
            THE PAIN CENTER                 NEWSPAPER PROCESSING SERVICE
            501-507 SOUTH 12TH STREET       110 A CORP PARK EAST
            PHILADELPHIA, PA 19147          LAGRANGE, GA 30241

  Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                      ** CSC CLAIM COMPANY **                    Page    1


Provider:170384534                    Bill ID:2004091711342818AWF 00
        RANDY WEISS, DO                  Claim:WC20032363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147         Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL6743TX                         MBIN:900009598
   Payee:170384534                     Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                        NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241


  Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ     Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


---------------------------------------------------------------
  Date   Service              Mods   Charge Reduction Allowance Reasons
=========================================================================
08-09-04 61790  LESION CREATION        4800.00  4800.00     .00 L
08-09-04 76001  FLUOROSCOPY             350.00   350.00     .00 L
08-09-04 99199  UNLISTED PROCEDURE     1050.00  1050.00     .00 L
08-09-04 99070  SUPPLIES MATERIALS     1118.00  1118.00     .00 L
---------------------------------------------------------------
        Totals                        7318.00  7318.00     .00


** TX Reduction Explanations:

 TX L  Not Treating Doctor Approved Payment

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.


Continued on next page
```

Continued on next page

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042
```

```
                ** CSC CLAIM COMPANY **                    Page    2
```

Provider:170384534                    Bill ID:2004091711342818AWF 00
          RANDY WEISS, DO                 Claim:WC20032363
          501-507 SOUTH 12TH STREET        SSN:464703972
          PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                         Injured:09-26-2003
Prov Lic:DODS7451TX                         MBIN:900009598
   Payee:170384534                       Insured:NEWSPAPER PROCESSING
          THE PAIN CENTER                         NEWSPAPER PROCESSING SERVICE
          501-507 SOUTH 12TH STREET               110 A CORP PARK EAST
          PHILADELPHIA, PA 19147                  LAGRANGE, GA 30241

 Date Rcvd:08-23-2004            Date Revwd:09-17-2004
Adjustor-ID:  LR                    Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067

          Insurance carrier payment to the health care provider shall
          be according to Commission medical policies and fee
          guidelines in effect on the date(s) of service(s).

          Health care providers shall not bill any unpaid amounts to
          the injured employee or the employer, or make any attempt to
          collect the unpaid amount from the injured employee or the
          employer unless the injury is finally adjudicated not to be
          compensable, or the insurance carrier is relieved of liability
          under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                   ** CSC CLAIM COMPANY **                         Page    1

Provider:170384534                   Bill ID:2004091711353250AWF 00
         RANDY WEISS, DO                Claim:WC20032363
         501-507 SOUTH 12TH STREET        SSN:464703972
         PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL5743TX                         MBIN:300009598
    Payee:170384534               Insured:NEWSPAPER PROCESSING
         THE PAIN CENTER                   NEWSPAPER PROCESSING SERVICE
         501-507 SOUTH 12TH STREET         110 A CORP PARK EAST
         PHILADELPHIA, PA 19147            LAGRANGE, GA 30241


  Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


-----------------------------------------------------------------------------
 Date   Service                 Mods    Charge Reduction Allowance Reasons
=============================================================================
08-10-04 61790  LESION CREATION          4800.00  4800.00      .00 L
08-10-04 76001  FLUOROSCOPY               350.00   350.00      .00 L
08-10-04 99199  UNLISTED PROCEDURE       1050.00  1050.00      .00 L
08-10-04 99070  SUPPLIES MATERIALS       1118.00  1118.00      .00 L
-----------------------------------------------------------------------------
         Totals                          7318.00  7318.00      .00

** TX Reduction Explanations:

 TX L  Not Treating Doctor Approved Payment

DR. WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.


Continued on next page
```

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

** CSC CLAIM COMPANY **                          Page    2

Provider:170384534                  Bill ID:2004091711353250AWF 06
        RANDY WEISS, DO                Claim:WC20032363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147.      Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DOL5743TX                      MBIN:900009598
   Payee:170384534              Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                 NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET       110 A CORP PARK EAST
        PHILADELPHIA, PA 19147          LAGRANGE, GA 30241

 Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:31290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in affect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
            ** CSC CLAIM COMPANY **                    Page   1

Provider:170384534                   Bill ID:2004091711381397AWF 00
         RANDY WEISS, DO                 Claim:NC20032363
         501-507 SOUTH 12TH STREET        SSN:464703972
         PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOLS743TX                         MBIN:900009598
  Payee:170384534                       Insured:NEWSPAPER PROCESSING
         THE PAIN CENTER                         NEWSPAPER PROCESSING SERVICE
         501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
         PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241


 Date Revd:08-23-2004               Date Revwd:09-17-2004
Adjustor-ID:  LR                       Account:21290
Adjustor:LUPE RODRIGUEZ         Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


------------------------------------------------------------------
 Date   Service              Mods   Charge Reduction Allowance Reasons
==================================================================
08-11-04 61790  LESION CREATION        4800.00  4800.00    .00 V F:MP
08-11-04 76001  FLUOROSCOPY             350.00   350.00    .00 V F:MP
08-11-04 99199  UNLISTED PROCEDURE     1050.00  1050.00    .00 V F:MP
08-11-04 99070  SUPPLIES MATERIALS     1118.00  1118.00    .00 V F:MP
------------------------------------------------------------------
       Totals                         7318.00  7318.00    .00
```

** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC PROVIDER APPROVED LIST AS REQUIRED.

Continued on next page

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

** CSC CLAIM COMPANY **                                      Page    2

Provider:170384534                    Bill ID:2004091711381397AWF 00
        RANDY WEISS, DO                  Claim:WC20012363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DOL5743TX                        MBIN:900009598
   Payee:170384534                     Insured:NEWSPAPER PROCESSING
        THS PAIN CENTER                         NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET               110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                  LAGRANGE, GA 30241

 Date Rcvd:08-23-2004            Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21390
Adjustor:LUPE RODRIGUEZ     Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2996 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                      ** CSC CLAIM COMPANY **                      Page   1

Provider:170384534                      Bill ID:2004091711392250AWF 00
          RANDY WEISS, DO                   Claim:WC20032363
          501-507 SOUTH 12TH STREET          SSN:454703972
          PHILADELPHIA, PA 19147          Claimant:DENNIS BERRY
                                          Injured:09-26-2003
Prov Lic:DOL5743TX                          MBIN:900009598
    Payee:170384534                      Insured:NEWSPAPER PROCESSING
          THE PAIN CENTER                        NEWSPAPER PROCESSING SERVICE
          501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
          PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241

  Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 08-16-04 61790 | LESION CREATION | | 4800.00 | 4800.00 | .00 | V F:MP |
| 08-16-04 76001 | FLUOROSCOPY | | 350.00 | 350.00 | .00 | V F:MP |
| 08-16-04 99199 | UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | V F:MP |
| 08-16-04 99070 | SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | V F:MP |
| | Totals | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.
```

Continued on next page

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

** CSC CLAIM COMPANY **                                   Page    2

Provider:170384534                  Bill ID:2004091711392250AWF 00
        RANDY WEISS, DO                 Claim:WC20003363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DOL5743TX                       MBIN:900009598
    Payee:L70384534              Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                 NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET       110 A CORP PARK EAST
        PHILADELPHIA, PA 19147          LAGRANGE, GA 30241

  Date Rcvd:08-23-2004          Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                    ** CSC CLAIM COMPANY **                          Page     1

Provider:170384534                    Bill ID:2004091711412573AWF 00
        RANDY WEISS, DO                   Claim:WC20032363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147          Claimant:DENNIS BERRY
                                         Injured:09-26-2003
Prov Lic:DOL5743TX                          MBIN:900009598
   Payee:170384534                    Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                        NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241


   Date Rcvd:08-23-2004            Date Revwd:09-17-2004
Adjustor-ID:  LR                      Account:21290
Adjustor:LUPE RODRIGUEZ          Adjustor Phone:8008849067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 08-17-04 | 61790  LESION CREATION | | 4800.00 | 4800.00 | .00 | V F:MP |
| 08-17-04 | 76001  FLUOROSCOPY | | 350.00 | 350.00 | .00 | V F:MP |
| 08-17-04 | 99199  UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | V F:MP |
| 08-17-04 | 99070  SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | V F:MP |
| | Totals | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.

Continued on next page
```

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042
```

** CSC CLAIM COMPANY **                              Page     2

Provider:170384534                      Bill ID:2004091711412573AWF 00
        RANDY WEISS, DO                    Claim:WC20032363
        501-507 SOUTH 12TH STREET           SSN:464703972
        PHILADELPHIA, PA 19147         Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOLS743TX                         MBIN:900009598
    Payee:170384534                     Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                          NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET               110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                  LAGRANGE, GA 30241

 Date Rcvd:08-23-2004              Date Revwd:09-17-2004
Adjustor-ID: LR                      Account:21290
Adjustor:LUPE RODRIGUEZ         Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                    ** CSC CLAIM COMPANY **                    Page    1

Provider:170384534              Bill ID:2004091711433401AWF 00
         RANDY WEISS, DO          Claim:MC20032363
         501-507 SOUTH 12TH STREET      SSN:464703972
         PHILADELPHIA, PA 19147    Claimant:DENNIS BERRY
                                   Injured:09-26-2003
Prov Lic:OOL5743TX                     MBIN:900009598
   Payee:170384534              Insured:NEWSPAPER PROCESSING
         THE PAIN CENTER                 NEWSPAPER PROCESSING SERVICE
         501-507 SOUTH 12TH STREET       110 A CORP PARK EAST
         PHILADELPHIA, PA 19147          LAGRANGE, GA 30241


   Date Rcvd:08-23-2004         Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 08-18-04 | 61790 | LESION CREATION | | 4800.00 | 4800.00 | .00 V F:MP |
| 08-18-04 | 76001 | FLUOROSCOPY | | 350.00 | 350.00 | .00 V F:MP |
| 08-18-04 | 99199 | UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 V F:MP |
| 08-18-04 | 99070 | SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 V F:MP |
| | Totals | | | 7318.00 | 7318.00 | .00 |

```
** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC LIST OF APPROVED PROVIDERS AS REQUIRED.

Continued on next page
```

Continued on next page

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042
```

** CSC CLAIM COMPANY **                                    Page    2

Provider:170384534                        Bill ID:2004091711433401AWP 00
          RANDY WEISS, DO                    Claim:NC20032363
          501-507 SOUTH 12TH STREET            SSN:464703972
          PHILADELPHIA, PA 19147           Claimant:DENNIS BERRY
                                            Injured:09-26-2003
Prov Lic:DOL5743TX                             MBIN:900009598
   Payee:170384534                          Insured:NEWSPAPER PROCESSING
          THE PAIN CENTER                            NEWSPAPER PROCESSING SERVICE
          501-507 SOUTH 12TH STREET                  110 A CORP PARK EAST
          PHILADELPHIA, PA 19147                     LAGRANGE, GA 30241

 Date Rcvd:08-23-2004              Date Revwd:09-17-2004
Adjustor-ID: LR                       Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX, 75234
(972) 247-9067
FAX (972) 280-0042

```
              ** CSC CLAIM COMPANY **                    Page    1

Provider:170384534              Bill ID:2004091711471237AWF 00
         RANDY WEISS, DO          Claim:WC20032163
         501-507 SOUTH 12TH STREET    SSN:464703972
         PHILADELPHIA, PA 19147     Claimant:DENNIS BERRY
                                  Injured:09-26-2003
Prov Lic:DOL5743TX                 MBIN:900009598
   Payee:170384534            Insured:NEWSPAPER PROCESSING
       THE PAIN CENTER                 NEWSPAPER PROCESSING SERVICE
       501-507 SOUTH 12TH STREET      110 A CORP PARK EAST
       PHILADELPHIA, PA 19147         LAGRANGE, GA 30241

  Date Rcvd:09-08-2004        Date Revwd:09-17-2004
Adjuster-ID:  LR                 Account:21290
Adjuster:LUPE RODRIGUEZ     Adjuster Phone:8009889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


..............................................................
 Date   Service            Mods   Charge Reduction Allowance Reasons
==============================================================
08-23-04 61790  LESION CREATION        4800.00  4800.00    .00 V F:MP
08-23-04 76001  FLUOROSCOPY             350.00   350.00    .00 V F:MP
08-23-04 99199  UNLISTED PROCEDURE     1050.00  1050.00    .00 V F:MP
08-23-04 99070  SUPPLIES MATERIALS     1118.00  1118.00    .00 V F:MP
..............................................................
       Totals                        7318.00  7318.00    .00


** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.

Continued on next page
```

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

** CSC CLAIM COMPANY **                           Page   2

Provider:170384534                     Bill ID:2004091711471237AWF 00
        RANDY WEISS, DO                   Claim:WC20032361
        501-507 SOUTH 12TH STREET             SSN:464703972
        PHILADELPHIA, PA 19147         Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL5743TX                         MBIN:900009598
    Payee:170384534                    Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                        NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241

    Date Rcvd:09-08-2004            Date Revwd:09-17-2004
Adjustor-ID:  LR                      Account:21290
Adjustor:LUPE RODRIGUEZ         Adjustor Phone:8008889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                    ** CSC CLAIM COMPANY **                    Page    1

Provider:170384534                   Bill ID:2004091711455873AWF 00
        RANDY WEISS, DO                  Claim:WC20032363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DOLS743TX                        MEIN:900009598
   Payee:170384534               Insured:NEWSPAPER PROCESSING
       THE PAIN CENTER                    NEWSPAPER PROCESSING SERVICE
       501-507 SOUTH 12TH STREET          110 A CORP PARK EAST
       PHILADELPHIA, PA 19147             LAGRANGE, GA 30241

  Date Rcvd:09-08-2004          Date Revwd:09-17-2004
Adjustor-ID: LR                    Account:21290
Adjustor:LUPE RODRIGUEZ     Adjustor Phone:8008989067

ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|---|------|--------|-----------|-----------|---------|
| 08-24-04 | 61790 | LESION CREATION | | 4800.00 | 4800.00 | .00 | V F:MP |
| 08-24-04 | 76001 | FLUOROSCOPY | | 350.00 | 350.00 | .00 | V F:MP |
| 08-24-04 | 99199 | UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | V F:MP |
| 08-24-04 | 99070 | SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | V F:MP |
| | Totals | | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDERS LIST AS REQUIRED.
```

Continued on next page

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX, 75234
(972) 247-9067
FAX (972) 280-6042
```

```
               ** CSC CLAIM COMPANY **                      Page    2

Provider:170384534                   Bill ID:2004091711455873AWP 00
         RANDY WEISS, DO                Claim:WC20032363
         501-507 SOUTH 12TH STREET        SSN:464703972
         PHILADELPHIA, PA 19147      Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DOL5743TX                       MBIN:900009598
    Payee:170384534                  Insured:NEWSPAPER PROCESSING
         THE PAIN CENTER                     NEWSPAPER PROCESSING SERVICE
         501-507 SOUTH 12TH STREET           110 A CORP PARK EAST
         PHILADELPHIA, PA 19147              LAGRANGE, GA 30241


  Date Rcvd:09-08-2004            Date Revwd:09-17-2004
Adjustor-ID:  LR                     Account:21290
Adjustor:LUPE RODRIGUEZ          Adjustor Phone:8008889067
```

Insurance carrier payment to the health care provider shall
be according to Commission medical policies and fee
guidelines in effect on the date(s) of service(s).

Health care providers shall not bill any unpaid amounts to
the injured employee or the employer, or make any attempt to
collect the unpaid amount from the injured employee or the
employer unless the injury is finally adjudicated not to be
compensable, or the insurance carrier is relieved of liability
under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                  ** CSC CLAIM COMPANY **                      Page    1

Provider:170384534                    Bill ID:200409171148339IAWF 00
          RANDY WEISS, DO               Claim:WC20032363
          501-507 SOUTH 12TH STREET       SSN:464703972
          PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL5743TX                        MBIN:900009598
   Payee:170384534                     Insured:NEWSPAPER PROCESSING
          THE PAIN CENTER                       NEWSPAPER PROCESSING SERVICE
          501-507 SOUTH 12TH STREET             110 A CORP PARK EAST
          PHILADELPHIA, PA 19147                LAGRANGE, GA 30241


  Date Rcvd:09-08-2004            Date Revwd:09-17-2004
Adjustor-ID: LR                     Account:21290
Adjustor:LUPE RODRIGUEZ       Adjustor Phone:8008989067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


...................................................................
  Date   Service              Mods   Charge Reduction Allowance Reasons
===================================================================
08-31-04 64623  DESTRUCTION           1000.00   1000.00    .00 V F:MP
08-31-04 76001  FLUOROSCOPY            350.00    350.00    .00 V F:MP
08-31-04 99199  UNLISTED PROCEDURE    1050.00   1050.00    .00 V F:MP
08-31-04 99070  SUPPLIES MATERIALS    1118.00   1118.00    .00 V F:MP
...................................................................
         Totals                       3518.00   3518.00    .00

** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.

Continued on next page
```

```
Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-0067
FAX (972) 280-0042
```

** CSC CLAIM COMPANY **                                    Page    2

Provider:170384534                    Bill ID:2004091711483391AWP 00
         RANDY WEISS, DO                 Claim:WC20032363
         501-507 SOUTH 12TH STREET          SSN:464703972
         PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL5743TX                         MBIN:900009598
    Payee:170384534                      Insured:NEWSPAPER PROCESSING
         THE PAIN CENTER                          NEWSPAPER PROCESSING SERVICE
         501-507 SOUTH 12TH STREET                110 A CORP PARK EAST
         PHILADELPHIA, PA 19147                   LAGRANGE, GA 30241

  Date Rcvd:09-08-2004               Date Revwd:09-17-2004
Adjuator-ID:  LR                        Account:21290
Adjustor:LUPE RODRIGUEZ           Adjustor Phone:8008989067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                    ** CSC CLAIM COMPANY **                        Page    1


Provider:170384534                  Bill ID:200409171149577SAWF 00
        RANDY WEISS, DO                Claim:WC20032363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DO16743TX                       MBIN:900009598
   Payee:170384534               Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                  NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET        110 A CORP PARK EAST
        PHILADELPHIA, PA 19147           LAGRANGE, GA 30241


  Date Rcvd:05-08-2004           Date Revwd:09-17-2004
Adjustor-ID: LR                     Account:21290
Adjustor:LUPE RUDRIGUEZ      Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


..............................................................
  Date  Service            Mods    Charge Reduction Allowance Reasons
==============================================================
09-01-04 64623  DESTRUCTION          1000.00  1000.00     .00 V F:MP
09-01-04 76001  FLUOROSCOPY           350.00   350.00     .00 V F:MP
09-01-04 99199  UNLISTED PROCEDURE   1050.00  1050.00     .00 V F:MP
09-01-04 99070  SUPPLIES MATERIALS   1118.00  1118.00     .00 V F:MP
..............................................................
        Totals                       3518.00  3518.00     .00
```

** TX Reduction Explanations:

 TX F  Fee Guidelines MAR Reduction

 TX V  Unnecessary Treatment (With Peer Review)

DR WEISS IS NOT ON THE TWCC APPROVED PROVIDER LIST AS REQUIRED.

Continued on next page

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

** CSC CLAIM COMPANY **                          .Page    2

Provider:170384534                    Bill ID:2004091711495775AWF 00
        RANDY WEISS, DO                  Claim:NCI0032263
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147         Claimant:DENNIS BERRY
                                        Injured:09-26-2003
Prov Lic:DOL6743TX                        MBIN:900009598
   Payee:170384534                     Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER                         NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET               110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                  LAGRANGE, GA 30241

 Date Rcvd:09-08-2004           Date Revwd:09-17-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8009889067

        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.

Direct inquiries regarding this review to:
CSC CLAIM COMPANY
2995 L.B.J. FREEWAY #121
DALLAS, TX. 75234
(972) 247-9067
FAX (972) 280-0042

```
                    ** CSC CLAIM COMPANY **                     Page    1

Provider:232262489              Bill ID:2004110511461075AWF 00
        OWEN REGAL, DC              Claim:WC20032363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DC9993TX                      MBIN:900009598
   Payee:232262489              Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT         NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET            110 A CORP PARK EAST
        PHILADELPHIA, PA 19147               LAGRANGE, GA 30241

   Date Rcvd:09-27-2004           Date Revwd:11-05-2004
Adjustor-ID:  LR                   Account:21290
Adjustor:LUPE RODRIGUEZ         Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 09-10-04 | 61790 LESION CREATION | | 4800.00 | 4800.00 | .00 | V |
| 09-10-04 | 76001 FLUOROSCOPY | | 350.00 | 350.00 | .00 | V |
| 09-10-04 | 99199 UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | V |
| 09-10-04 | 99070 SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | V |
| | Totals | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

```
              ** CSC CLAIM COMPANY **              Page   1

Provider:232262489              Bill ID:2004110511382987AWF 00
        OWEN ROGAL, DC            Claim:WC20032363
        501-507 SOUTH 12TH STREET   SSN:464703972
        PHILADELPHIA, PA 19147    Claimant:DENNIS BERRY
                                  Injured:09-26-2001
Prov Lic:DC9909TX                 MBIN:900009598
   Payee:232262489              Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT        NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET           110 A CORP PARK EAST
        PHILADELPHIA, PA 19147              LAGRANGE, GA 30241

 Date Rcvd:09-27-2004          Date Rcvwd:11-05-2004
Adjustor-ID:  LR                 Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS

--------------------------------------------------------------------
 Date  Service           Mods  Charge Reduction Allowance Reasons
====================================================================
09-14-04 61790  LESION CREATION        4800.00  4800.00    .00 V
09-14-04 76001  FLUOROSCOPY             350.00   350.00    .00 V
09-14-04 99199  UNLISTED PROCEDURE     1050.00  1050.00    .00 V
09-14-04 99070  SUPPLIES MATERIALS     1118.00  1118.00    .00 V
--------------------------------------------------------------------
       Totals                         7318.00  7318.00    .00

** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '409.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

```
            ** CSC CLAIM COMPANY **                        Page    1


Provider:232262489                  Bill ID:2004110511475530AWF 00
        OWEN ROGAL, DC                  Claim:WC20032363
        501-507 SOUTH 12TH STREET        SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DC9999TX                        MBIN:900009598
    Payee:232262489              Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT        NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET           110 A CORP PARK EAST
        PHILADELPHIA, PA 19147              LAGRANGE, GA 30241


  Date Rcvd:09-27-2004              Date Revwd:11-05-2004
Adjustor-ID:  LR                     Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008869067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


.............................................................
 Date   Service              Mods   Charge Reduction Allowance Reasons
=============================================================
09-15-04 61790  LESION CREATION        4800.00  4800.00    .00 V
09-15-04 76001  FLUOROSCOPY             350.00   350.00    .00 V
09-15-04 99199  UNLISTED PROCEDURE     1050.00  1050.00    .00 V
09-15-04 99070  SUPPLIES MATERIALS     1118.00  1118.00    .00 V
.............................................................
        Totals                        7318.00  7318.00    .00


** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

```
            ** CSC CLAIM COMPANY **                          Page   1

Provider:232262489                  Bill ID:2004110511445632AWF 00
        OWEN ROGAL, DC                Claim:WC20032363
        501-507 SOUTH 12TH STREET      SSN:464703972
        PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                      Injured:09-26-2003
Prov Lic:DC9999TX                      MBIN:900009598
   Payee:232262489                   Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT          NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET             110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                LAGRANGE, GA 30241

 Date Rcvd:09-27-2004             Date Revwd:11-05-2004
Adjustor-ID: LR                     Account:21290
Adjustor:LUPE RODRIGUEZ      Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


.....................................................................
Date  Service                 Mods   Charge Reduction Allowance Reasons
=====================================================================
09-16-04 64623  DESTRUCTION          1000.00  1000.00     .00 V
09-16-04 76001  FLUOROSCOPY           350.00   350.00     .00 V
09-16-04 99199  UNLISTED PROCEDURE   1050.00  1050.00     .00 V
09-16-04 99070  SUPPLIES MATERIALS   1118.00  1118.00     .00 V
.....................................................................
        Totals                       3518.00  3518.00     .00

** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

** CSC CLAIM COMPANY **                              Page    1

Provider:232262489                    Bill ID:2004110511401371AWF 00
        OWEN ROGAL, DC                    Claim:WC20032363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147          Claimant:DENNIS BERRY
                                         Injured:09-26-2003
Prov Lic:DC9999TX                           MBIN:900009598
  Payee:232262489                        Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT             NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET                110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                   LAGRANGE, GA 30241

  Date Rcvd:09-27-2004              Date Revwd:11-05-2004
Adjustor-ID:  LR                      Account:21290
Adjustor:LUPE RODRIGUEZ          Adjustor Phone:8008889067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


.........................................................................
  Date    Service                  Mods    Charge Reduction Allowance Reasons
=========================================================================
09-17-04 61790  LESION CREATION             4800.00  4800.00      .00 V
09-17-04 76001  FLUOROSCOPY                  350.00   350.00      .00 V
09-17-04 99199  UNLISTED PROCEDURE          1050.00  1050.00      .00 V
09-17-04 99070  SUPPLIES MATERIALS          1118.00  1118.00      .00 V
.........................................................................
        Totals                             7318.00  7316.00      .00

** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042

```
               ** CSC CLAIM COMPANY **                         Page    1

Provider:232262489                    Bill ID:2004110511431178AWF 00
          OWEN ROGAL, DC                 Claim:WC20032363
          501-507 SOUTH 12TH STREET        SSN:464703972
          PHILADELPHIA, PA 19147       Claimant:DENNIS BERRY
                                         Injured:09-26-2003
Prov Lic:DC9999TX                           MBIN:900009598
   Payee:232262489                    Insured:NEWSPAPER PROCESSING
          THE PAIN CENTER SURGERY DEPT          NEWSPAPER PROCESSING SERVICE
          501-507 SOUTH 12TH STREET             110 A CORP PARK EAST
          PHILADELPHIA, PA 19147                LAGRANGE, GA 30241

  Date Rcvd:09-27-2004              Date Revwd:11-05-2004
Adjustor-ID:  LR                      Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008889067

ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS
```

| Date | Service | Mods | Charge | Reduction | Allowance | Reasons |
|------|---------|------|--------|-----------|-----------|---------|
| 09-20-04 | 61790 LESION CREATION | | 4800.00 | 4800.00 | .00 | V |
| 09-20-04 | 76001 FLUOROSCOPY | | 350.00 | 350.00 | .00 | V |
| 09-20-04 | 99199 UNLISTED PROCEDURE | | 1050.00 | 1050.00 | .00 | V |
| 09-20-04 | 99070 SUPPLIES MATERIALS | | 1118.00 | 1118.00 | .00 | V |
| | Totals | | 7318.00 | 7318.00 | .00 | |

```
** TX Reduction Explanations:

TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

```
              ** CSC CLAIM COMPANY **                     Page    2

Provider:232262489                    Bill ID:2004110511414455AWF 00
        OWEN ROGAL, DC                   Claim:WC20032363
        501-507 SOUTH 12TH STREET          SSN:464703972
        PHILADELPHIA, PA 19147        Claimant:DENNIS BERRY
                                       Injured:09-26-2003
Prov Lic:DC9999TX                         MBIN:900009598
   Payee:232262489                     Insured:NEWSPAPER PROCESSING
        THE PAIN CENTER SURGERY DEPT           NEWSPAPER PROCESSING SERVICE
        501-507 SOUTH 12TH STREET              110 A CORP PARK EAST
        PHILADELPHIA, PA 19147                 LAGRANGE, GA 30241

  Date Rcvd:09-27-2004            Date Revwd:12-05-2004
Adjustor-ID:  LR .                  Account:21290
Adjustor:LUPE RODRIGUEZ        Adjustor Phone:8008289067


ICD9:847.9  SPRAIN OF BACK NOS
ICD9:843.9  SPRAIN HIP AND THIGH NOS
ICD9:847.1  THORACIC SPRAIN
ICD9:959.0  INJURY FACE AND NECK NOS


---------------------------------------------------------------------
 Date   Service            Mods   Charge Reduction Allowance Reasons
=====================================================================
09-21-04 61790  LESION CREATION         4800.00  4800.00    .00 V
09-21-04 76001  FLUOROSCOPY              350.00   350.00    .00 V
09-21-04 99199  UNLISTED PROCEDURE      1050.00  1050.00    .00 V
09-21-04 99070  SUPPLIES MATERIALS      1118.00  1118.00    .00 V
---------------------------------------------------------------------
        Totals                         7318.00  7318.00    .00


** TX Reduction Explanations:

 TX V  Unnecessary Treatment (With Peer Review)


        Insurance carrier payment to the health care provider shall
        be according to Commission medical policies and fee
        guidelines in effect on the date(s) of service(s).

        Health care providers shall not bill any unpaid amounts to
        the injured employee or the employer, or make any attempt to
        collect the unpaid amount from the injured employee or the
        employer unless the injury is finally adjudicated not to be
        compensable, or the insurance carrier is relieved of liability
        under '408.024 of the Texas Workers' Compensation Act.


Direct inquiries regarding this review to:
CSC CLAIM COMPANY
P.O. BOX 814610
DALLAS, TX. 75381-4610
(972) 247-9067
FAX (972) 280-0042
```

800-888-9067