IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., )<br>P.C. d/b/a THE PAIN CENTER, )<br>                                )<br>   Plaintiff,          )<br>                                )<br>   v.                      )<br>                                )<br>SKILSTAF, INC.,        )<br>                                )<br>   Defendant.         ) | CIVIL ACTION NO.<br>3:06cv711-MHT |

ORDER

It is ORDERED that the motion for extension of time to reply (Doc. No. 45) is granted as requested.

DONE, this the 26th day of April, 2007.

                                      <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**