IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| OWEN J. ROGAL, D.D.S., P.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv711-MHT |
| SKILSTAF, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the motion to conduct settlement negotiations over the telephone (Doc. No. 55) is granted.

DONE, this the 4th day of June, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE