IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:06cv711-MHT |
| SKILSTAF, INC., ) ) | |
| Defendant. ) | |

### ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order is amended to reflect that the pretrial will be on August 14, 2007, with all deadlines tied to the pretrial date adjusted accordingly.

DONE, this the 8th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE