IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **OWEN J. ROGAL, D.D.S., P.C.,**  )<br>)<br>   Plaintiff,                 )<br>)<br>**v.**                                   )<br>)<br>**SKILSTAF, INC.,**         )<br>)<br>   Defendant.          )<br>) | **CIVIL ACTION NO.**<br>**3:06-cv-00711-MHT** |

**DEFENDANT'S MOTION FOR LEAVE TO REPLY
TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT
SKILSTAF, INC.'S MOTION TO STRIKE JURY DEMAND**

In order to fully address the matters now before the Court, Defendant Skilstaf, Inc. ("Skilstaf") respectfully moves the Court to permit Skilstaf to file a reply on or before August 22, 2007, to Plaintiff's Brief in Opposition to Defendant Skilstaf, Inc.'s Motion to Strike Jury Demand (Doc. No. 69). As grounds for this motion, Skilstaf states as follows:

       1.    On August 17, 2007, the Court entered an order, indicating that Defendant's Motion to Strike Jury Demand had been set for submission without oral argument on August 22, 2007, with all briefs due by that date. (Doc. 68).

       2.    Plaintiff filed its Opposition on August 17, 2007. (Doc. 69).

3. Skilstaf is gathering information and would like to reply to the some of the legal arguments asserted in Plaintiff's Opposition. Skilstaf's counsel believes that it can gather the necessary information and draft its reply by Wednesday, August 22, 2007.

WHEREFORE, Skilstaf respectfully moves the Court to enter an order permitting Skilstaf to file a reply on or before August 22, 2007, to Plaintiff's Brief in Opposition to Defendant Skilstaf, Inc.'s Motion to Strike Jury Demand (Doc. No. 69).

    Respectfully Submitted,

    s/Charles A. Stewart III
    Charles A. Stewart III (STE067)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    cstewart@bradleyarant.com

    s/Amelia T. Driscoll
    Amelia T. Driscoll (DRI016)
    Bradley Arant Rose & White LLP
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    Telephone: (205) 521-8000
    Facsimile: (205) 521-8800
    adriscoll@bradleyarant.com

    Attorneys for Defendant
    Skilstaf, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert E. Cole
>437 Chestnut Street, Suite 218
>Philadelphia, PA  19106
>
>Beth A. Friel
>Jeanne L. Bakker
>Mongtomery, McCracken, Walker & Rhoads
>123 South Broad Street
>Philadelphia, PA  19109

and I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:  None.

                                              /s/ Amelia T. Driscoll