```
           IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

                MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


OWEN J. ROGAL, D.D.S.,      )
P.C.,                       )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )          3:06cv711-MHT
                            )
SKILSTAF, INC.,             )
                            )
     Defendant.             )
```

                                ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 70) is granted.

DONE, this the 22nd day of August, 2007.

              /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**