IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| OWEN J. ROGAL, D.D.S., P.C., ) ) ) Plaintiff, ) ) v. ) ) SKILSTAF, INC., ) ) Defendant. ) | CIVIL ACTION NO. 3:06cv711-MHT |

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 71) is granted.

DONE, this the 22nd day of August, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE