## IN THE UNITED STATED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

ROBERT E. COLE                                          Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.           :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

       Plaintiff             :

       V.                    :   NO. 3:06cv711-MHT

SKILSTAF, INC.                        :   UNOPPOSED
P.O. BOX 729
ALEXANDER CITY, AL  35011

       Defendant             :
_____

**JOINT MOTION FOR AN EXTENSION OF TIME TO AUGUST 29, 2007 TO FILE PROPOSED JURY INSTRUCTIONS, VOIR DIRE QUESTIONS AND MOTIONS IN LIMINE**

Defendant Skilstaf, Inc. ("Defendant") and Plaintiff Owen J. Rogal, D.D.S., P.C. ("Plaintiff") (collectively, "the parties"), respectfully move the Court to grant an order permitting them an extension to August 29, 2007 to file proposed Jury Instructions, Voir Dire Questions and Motions in Limine. As grounds for this motion, the parties state as follows:

1. On October 12, 2006, the Court entered a Uniform Scheduling Order in each of the above-styled cases. Section 14 of the Court's Uniform Scheduling Order requires the parties to file the indicated documents within fourteen (14) days prior to trial, which is scheduled for September 5, 2007.

2. Plaintiff is a corporation with its principal place of business in Philadelphia, Pennsylvania.

3. Defendant is an Alabama corporation with its principal place of business in Alexander City, Alabama.

4. To date, the parties' attorneys have engaged in good faith settlement negotiations. Specifically, the parties' attorneys have corresponded through the mail and have spoken on the telephone in an attempt to settle the disputes that exist between them. These settlement negotiations are ongoing and counsel believe that settlement will occur in the immediate future.

5. In order to promote the distinct possibility of settlement, counsel have agreed to delay, with the Court's approval, the filing of labor-intensive jury instructions, voir dire questions and motions in limine so as to increase the appeal of settlement between their respective clients.

WHEREFORE, the parties hereby respectfully request the Court grant an extension of time to August 29, 2007 to file proposed jury instructions, voir dire questions and motions in limine.

                                        Respectfully submitted,

                                        <u>s/Robert E. Cole</u>
                                        Robert E. Cole
                                        437 Chestnut Street, Suite 218
                                        Philadelphia, PA 19106
                                        Telephone: (215) 922-2050
                                        Fascimile: (215) 922-2006
                                        recoleesq6@juno.com
                                        Attorney for Plaintiff

                                        <u>s/Charles A. Stewart III</u>
                                        Charles A. Stewart III (STE067)
                                        Bradley Arant Rose & White LLP
                                        The Alabama Center for Commerce
                                        401 Adams Avenue, Suite 780
                                        Montgomery, AL 36104
                                        Telephone: (334) 956-7700
                                        Facsimile: (334) 956-7701
                                        cstewart@bradleyarant.com

                                        <u>s/Amelia T. Driscoll</u>
                                        Amelia T. Driscoll (DRI016)
                                        Bradley Arant Rose & White LLP
                                        1819 Fifth Avenue North
                                        Birmingham, AL 35203-2104
                                        Telephone: (205) 521-8000
                                        Facsimile: (205) 521-8800
                                        adriscoll@bradleyarant.com
                                        Attorneys for Defendant
                                        Skilstaf, Inc.

**IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

ROBERT E. COLE                                    Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050

_____
OWEN J. ROGAL, D.D.S., P.C.         :

              V.                    :   NO. 3:06cv711-MHT

SKILSTAF, INC._____ :

**VERIFICATION OF SERVICE**

    Robert E. Cole, Esquire, attorney for plaintiff, hereby verifies that on the 22nd day of August, 2007, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing as follows:

                Amelia T. Driscoll, Esquire
                   Bradley Arant et al.
                1819 Fifth Avenue North
                Birmingham, AL  35203-2104

    Robert E. Cole, Esquire, attorney for plaintiff, hereby verifies that on the 22nd day of August, 2007, he served upon Jeanne L. Bakker, Esquire, attorney for defendant above, a true and correct copy of the foregoing by first class mail, postage prepaid to the following address:

                Montgomery, McCracken et al.
                  123 South Broad Street
                  Philadelphia, PA  19109

                s/Robert E. Cole_____
                Robert E. Cole, Esquire
                Attorney for Plaintiff
                Atty. I.D. No. 73263
                437 Chestnut Street, Suite 218
                Philadelphia, PA  19106
                (215) 922-2050
                recoleesq6@juno.com

**IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

```
ROBERT E. COLE                              Attorney For Plaintiff
ROBERT E. COLE, P.C.
ATTORNEY I.D. NO. 73263
437 CHESTNUT STREET, SUITE 218
PHILADELPHIA, PA  19106
(215) 922-2050
_____

OWEN J. ROGAL, D.D.S., P.C.          :
d/b/a THE PAIN CENTER
501-07 SOUTH 12TH STREET
PHILADELPHIA, PA  19147

              Plaintiff              :

              V.                     :   NO. 3:06cv711-MHT

SKILSTAF, INC.                       :
P.O. BOX 729
ALEXANDER CITY, AL  35011

              Defendant              :
_____
```

**ORDER**

AND NOW, this           day of                    , 2007, upon consideration of joint Motion, it is hereby **ORDERED and DECREED** that the deadline for filing Jury Instructions, Voir Dire Questions and Motions in Limine is extended to August 29, 2007.

BY THE COURT:

_____
J.