IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
OWEN J. ROGAL, D.D.S.,      )
P.C.,                        )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      3:06cv711-MHT
                             )
SKILSTAF, INC.,              )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that the joint motion for extension of time (Doc. No. 75) is granted.

DONE, this the 23rd day of August, 2007.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE